CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

10/15/19

JULIA C. DUDLEY, CLERK
BY: K. Dotson
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH 163 DAIRY CORNER PLACE, APARTMENT 2, WINCHESTER, VIRGINIA 22602 | Case No. __5:19mj00056__<br><br>**Filed Under Seal** |

# ORDER

It is hereby ORDERED that the Application for a Search Warrant; the Affidavit in support of such Search Warrant; and the Search Warrant in the above-captioned matter shall remain under seal for a period of ~~twelve~~ six months after the date of this order.

ENTERED this 15th day of October 2019.

_____
JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE