AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 5:19mj00056 | Date and time warrant executed: 10/16/2019  10:40 am | Copy of warrant and inventory left with: Gerald Drake |
|---|---|---|

Inventory made in the presence of: Gerald Drake

Inventory of the property taken and name(s) of any person(s) seized:

See attachment titled "163 Dairy Corner Place, Apartment 3 Winchester, Virginia - Inventory."

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

10/23/2019

JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez

DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/22/2019

_Executing officer's signature_

Steven W. Duke / Special Agent
_Printed name and title_

Received in chambers by reliable electronic means on October 23, 2019.

USMJ