## 163 Dairy Corner Place, Apartment 2, Winchester, Virginia
### Inventory

| | |
|---|---|
| 1 | HP laptop serial # CND 841 7593 and black Targus laptop case |
| 2 | Canon Pixma printer, model TS8120, ID 1419031021, red in color |
| 3 | Making authentic cartridges and Civil War reenactment documents |
| 4 | Four USB drives; sandisk cruzer 16 GB SDCZ36-016G; PNY Attache 8 GB; HP 1GB; silver Lexar Jump Drive JDS512-40-520F |
| 5 | "Gerald Drake" blue address book with passwords |
| 6 | Bill of Sale for Civil War Reenacting eqiupment and weapons |
| 7 | Nine small bulbs |
| 8 | My Favorite Photos CD |
| 9 | Black 128 GB Cruzer Glide |
| 10 | 9 cans black powder; 5 Goex containers; 2 Elephant containers; 2 Schuetzen containers |
| 11 | CART - one thumbdrive labeled derivative evidence containing acquisition of and report from Samsung S7 Gerald Drake |
| 12 | Sears hot glue gun |
| 13 | Black rectangle case with black and red wire |
| 14 | 5 different coils of hobby fuse |
| 15 | Samsung SPHL720T IMEI: 256691515202245408 |
| 16 | Letters for publishing |
| 17 | 13 Optical media discs |
| 18 | 4 cans of black powder; 1 hodgdon, 1 goex, 1 elephant, and 1 schuetzen |
| 19 | 18 SD cards |
| 20 | SD card and cord |